In the Matter of the Arbitration between PRINCETON RAYON CORPORATION, Respondent, and BAMBI ORIGINALS, INC., Appellant. —

Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.